# JONES & WALDEN, LLC
ATTORNEYS AT LAW

699 PIEDMONT AVENUE NE
ATLANTA, GEORGIA 30308
TELEPHONE (404) 564-9300
FACSIMILE (404) 564-9301
WWW.JONESWALDEN.COM

*[Stamp: U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF GA, GAINESVILLE DIVISION, 2021 JUL -2 AM 10: 41, M. REGINA THOMAS, CLERK]*

June 30, 2021

The Honorable James R. Sacca
Attn. Kristi Gillespie, Courtroom Deputy
United States Courthouse, Chambers 1480
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

    Re:    Heo, Inc., Case No. 21-20173-JRS
                United States Bankruptcy Court, Northern District of Georgia

Dear Ms. Gillespie:

    I represent and serve as lead counsel for Jae S. Yoo and Ah Sa Yoo, creditors in the above-styled Bankruptcy Case. Please let this letter serve as my request for a leave of absence in such case pursuant to BLR 9010-5(e) (the Local Rule). I respectfully request a leave of absence (and that matters not be placed on the calendar) during the following period:

    July 30, 2021 through August 13, 2021.

    I will be on family vacation. Pursuant to said Local Rule, I make this request for a leave of absence by letter directed to you, rather than by motion, because the period of the requested leave is less than 21 days.

    To the best of my knowledge, information and belief, there is no hearing or other proceeding presently scheduled before the Court during the aforementioned period of time.

    Please let me know if you have any questions or if I may be of other assistance.

                              Sincerely,

                              Leon S. Jones

CC:    Ben Keck, Esq.
          Attorney for Debtor